UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDUARD LEYTMAN, :
:
         Plaintiff, :
:
        v. :   **ORDER**
:   17-CV-4455 (WFK)
TRANSPORTATION SECURITY :
ADMINISTRATION, :
:
        Defendant. :
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

    Pursuant to the Rules Governing Procedures for Appointment of Attorneys in Pro Se Civil Actions of the United States District Court for the Eastern District of New York, the Court hereby APPOINTS Anthony P. Gentile, Esq., attorney registration no. 1050913, of Godosky & Gentile, P.C. as counsel for Mr. Eduard Leytman, Plaintiff.

**SO ORDERED.**

s/ WFK
_____

Dated: April 16, 2020         HON. WILLIAM F. KUNTZ, II
      Brooklyn, New York       UNITED STATES DISTRICT

1