```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EDUARD LEYTMAN,                                       :
                                                      :
                Plaintiff,                            :
                                                      :               **DECISION & ORDER**
        v.                                            :               17-CV-4455 (WFK) (MMH)
                                                      :
TRANSPORTATION SECURITY ADMINISTRATION, :
                                                      :
                Defendant.                            :
------------------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

On July 8, 2021, the Court referred all remaining discovery disputes to Magistrate Judge Marcia M. Henry. *See* ECF No. 63. On September 1, 2021, Judge Henry filed a Report and Recommendation recommending that "Defendant produce copies of the three responsive videos identified by the undersigned in her in camera review to Plaintiff's counsel." ECF No. 70. Defendants did not file any objections to the Report and Recommendation, which were due September 15, 2021. The Court reviews a Report and Recommendation for clear error when no objections have been filed. *See Covey v. Simonton,* 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. The Court therefore adopts the Report and Recommendation of Magistrate Judge Henry in its entirety.

SO ORDERED.

s/WFK

HON. WILLIAM F. KUNTZ, II
U.S. DISTRICT JUDGE

Dated: September 24, 2021
       Brooklyn, NY