UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EDUARD LEYTMAN,

        Plaintiff,

    v.                                  **ORDER**
                                       17-CV-4455 (WFK) (MMH)
TRANSPORTATION SECURITY
ADMINISTRATION,

        Defendant.
-------------------------------------------------------------x

**WILLIAM F. KUNTZ, II, United States District Judge:**

On July 8, 2021, the Court referred all remaining discovery disputes to Magistrate Judge Marcia M. Henry. *See* ECF No. 63. On October 8, 2021, Judge Henry filed a Report and Recommendation granting "Plaintiff's request to compel production of the supplemental surveillance videos." ECF No. 76. Defendant did not file any objections to the Report and Recommendation, which were due October 22, 2021. The Court reviews a Report and Recommendation for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. The Court therefore adopts the Report and Recommendation of Magistrate Judge Henry in its entirety.

                                                     **SO ORDERED.**

                                                      s/WFK
                                              _____
                                              HON. WILLIAM F. KUNTZ, II
                                              U.S. DISTRICT JUDGE

Dated: October 25, 2021
      Brooklyn, New York